UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LOUIS E. LENOX | CIVIL ACTION |
| VERSUS | NO. 06-3719 |
| SOCIAL SECURITY ADMINISTRATION | SECTION "A"(2) |

## ORDER

The Court having considered the petition, the record, the applicable law, and Plaintiff's objections to the magistrate judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. The Court finds that the Commissioner's finding is supported by substantial evidence in the record.

Accordingly;

**IT IS ORDERED** that Plaintiff's complaint should be and is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, Monday, May 14, 2007.

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE